IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

J&J SPORTS PRODUCTIONS, INC.,     CASE NO. 5:12-cv-04657 EJD

           Plaintiff(s),     **ORDER VACATING CASE MANAGEMENT CONFERENCE**

v.

PEDRO SALVADOR SAUCEDO,

           Defendant(s).

_____/

Having reviewed Plaintiff's Case Management Statements (see Docket Item No. 15), and in light of the pending Motion for Default Judgment, the court has determined that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for February 22, 2013, is VACATED.

**IT IS SO ORDERED.**

Dated: February 19, 2013

                                         EDWARD J. DAVILA
                                         United States District Judge